IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>HOT-HED, INC.<br><br>Debtor. | § § § § § § § | CASE NO. 11-35208<br><br>CHAPTER 7 |
| WILLIAM G. WEST,<br>CHAPTER 7 TRUSTEE,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMER AL-AZEM AND<br>SAMER AL-AZEM, P.C. D/B/A<br>THE AZEM FIRM<br><br>*Defendants.* | § § § § § § § § § § § § § § | Civil Action No. 13-cv-01976<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ORDER AUTHORIZING SUBSTITUTION OF COUNSEL

On this date came on to be considered the *Third Unopposed Motion to Withdraw and to Substitute Counsel* (the "Motion") filed by Defendants SAMER AL-AZEM and SAMER AL-AZEM P.C. d/b/a The Azem Firm (the "Defendants"), and the Court having reviewed the Motion is of the opinion that it should be GRANTED.

It is hereby ORDERED that David W. Ghisalbert is substituted as counsel of record in this proceeding for the Defendants and that Mr. Ghisalbert is hereby designated as attorney-in-charge in this proceeding for the Defendants.

SIGNED this 13th day of May, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

Order for Substitution of Counsel
For Azem and the Azem Firm
*West v. Al-Azem, et al*; Case No. 13-cv-01976     Page 1

**APPROVED AND ENTRY REQUESTED:**

/s/ Samer Al-Azem
Samer Al-Azem
State Bar No 00793240
SAMER AL-AZEM, P.C.
2808 Virginia Street
Houston, Texas 77098
Telephone: (713) 808-9697
Facsimile:  (713) 893-6942


/s/ W. Steven Bryant
W. Steven Bryant
Texas State Bar No. 24027413
S.D. Tex. Bar No. 32913
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1489
Facsimile: (713) 229-2536
sbryant@lockelord.com
*Current Counsel of Record and Attorney-in-Charge for Defendants*


/s/ David W. Ghisalbert
David W. Ghisalbert
State Bar No 24043687
S.D. Texas ID No. 21818
2808 Virginia Street
Houston, Texas 77098
Telephone:  (713) 808-9697
Facsimile: (713) 893-6942
Email:  d.ghisalbert@azemfirm.com
        dwglaw@earthlink.net
**Proposed Attorney-in-Charge for Defendants**

Order for Substitution of Counsel
For Azem and the Azem Firm
*West v. Al-Azem, et al*; Case No. 13-cv-01976                                                                 Page 2